John C. Taylor, State Bar No. 78389
Sonya Ostovar, State Bar No. 307207
**TAYLOR & RING**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266

Telephone: (310) 209-4100
Facsimile: (310) 208-5052

Attorneys for Plaintiff
JANE DOE 2

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 2, an individual, | ) CASE NO. 2:20-cv-08195 ODW (AGRx) |
| Plaintiff, | ) Assigned Stanley Blumenfeld, Jr. |
| vs. | ) |
| COUNTY OF SANTA BARBARA, a public entity; GABRIEL CASTRO, an individual; and DOES 1 through 10, inclusive, | ) **NOTICE OF DISMISSAL** **[FRCP 41(a)(1)(A)(i)]** |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe 2 voluntarily dismisses the above-captioned action in its entirely. This Notice of Dismissal is filed before the opposing parties have appeared or served any responsive pleading.

Dated: November 20, 2020

**TAYLOR & RING**

By: *Sonya Ostovar*
John C. Taylor
Sonya Ostovar
Attorneys for Plaintiff

1